Donald H. Galloway, Petitioner-Appellee *v.* Ray Page, Individually and as Superintendent of Public Instruction *et al.,* Defendants-Appellants.

(No. 11407; ▮▮▮▮▮▮▮▮▮

Fourth District—August 27, 1971.

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

William J. Scott, Attorney General, of Springfield, (John R. Morrow, Assistant Attorney General, of counsel,) for appellants.

Robert J. Myers, of Springfield, for appellee.